AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION  ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.           DATE FILED | United States District Court, Central District of California<br>350 West First Street<br>Los Angeles, CA  90012 |
| **PLAINTIFF**<br>BACKGRID USA, INC., a California corporation, | **DEFENDANT**<br>IHEARTMEDIA, INC., a Delaware corpration; and DOES 1-10, inclusive, |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | SEE ATTACHED | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY | | | |
|---|---|---|---|---|
| | ☐ Amendment | ☐ Answer | ☐ Cross Bill | ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

American LegalNet, Inc.
www.FormsWorkFlow.com

*BACKGRID USA, INC. v. IHEARTMEDIA, INC.*

**ATTACHMENT TO REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT**

| Copyright Registration No. | Title of Work | Author or Work |
|---|---|---|
| PA0002194371 | EXCLUSIVE* Nicolas Cage belts out ' Purple Rain" at a karaoke bar following recent split from 4th wife - set number BGUS_1557163 | Paul James; Domicile: United States. Authorship: entire motion picture |
| VA0002152086 | EXCLUSIVE Tom Brady and Gisele Bundchen have a date night at Nobu - set number BGUS_14933 52 - 22 images. [Group registration of published photographs. 22 | Julio Toledo;, Domicile: - United States. Authorship: photographs. |
| VAu001364182 | Brad Pitt attends Jennifer Aniston's 50th birthday party at the Sunset Towers Hotel - set number BGUS_14825.8l - subset GEVA - 9 image☐. | Gerardo·Vasquez; Domicile: United States. Authorship: photographs. |
| VA0002103066 | Samuel L. Jackson is spotted with the new and original Shaft while filming in NYC - set number BGUS_1146233 - 14 images. [Group registration of published photographs. | Luis Guerra Jr ; Domicile: United States. Authorship: photographs. |
| VA0002086892 | Group Registration of Published Photos, *PREMIUM-EXCLUSIVE* Was Kylie Jenner finally spotted out? - set number BGUS_1109948 - 13 images, published 2018-01-15. | Vernon Lamb; Domicile: United States. Authorship: photograph. |

*BACKGRID USA, INC. v. IHEARTMEDIA, INC.*

**ATTACHMENT TO REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT**

| Copyright Registration No. | Title of Work | Author or Work |
|---|---|---|
| VA0002098191 | *EXCLUSIVE* Britney Spears shows off fit figure and possible new ring! **WEB MUST CALL FOR PRICING** - set number BGUS_1104632 - 38 images. [Group registration of published photographs. 38 photographs. 2018-01-10 to 2018-01-10] | Aja Oxman; Domicile: United States. Authorship: photographs. |
| VA0002101494 | *PREMIUM-EXCLUSIVE* Legendary actor Richard Dreyfuss accused of Inappropriate Behavior by former fan *WEB EMBARGO UNTIL 9 pm EST on February 7, 2018* - set number BGUS_1130775 - 5 images. [Group registration of published photographs. 5 photographs. 2018-02-05 to 2018-02-05] | |
| VA0002103063 | Josh Duhamel bring flowers to Fergie after questionable National Anthem Performance set number BGUS_1148166 - 8 images. [Group registration of published photographs. 8 photographs. 2018-02-19 to 2018-02-19] | Wallace Goodwin; Domicile: United States. Authorship: photographs. |
| VA0002104288 | New parents Kylie Jenner and Travis Scott leave after lunch at Nobu - set number GUS_1153718 - 4 images. [Group registration of published photographs. 4 photographs. 2018-02-24 to 2018-02-24] | Adriano Camolese; Domicile: United States. Authorship: photographs. |

*BACKGRID USA, INC. v. IHEARTMEDIA, INC.*

**ATTACHMENT TO REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT**

| Copyright Registration No. | Title of Work | Author or Work |
|---|---|---|
| VA0002105287 | Scott Disick and Sofia Richie squash breakup rumors as they leave Nobu Malibu together set number BGUS_1252697 - 10 images. [Group registration of published photographs. 10 photographs. 2018-06-04 to 2018-06-04] | Bernardo Bens; Domicile: United States. Authorship: photographs, |
| VA0002116836 | *PREMIUM-EXCLUSIVE* Khloe Kardashian steps out with her newborn daughter True Thompson for the first time **WEB EMBARGO UNTIL 4PM PST ON 05/07/18** - set number BGUS_1224999 - 37 images. [Group registration of published photographs. 37 photographs. 2018-05-06 to 2018-05-06] | Stuart Browning; Domicile: United States. Authorship: photographs. |
| VA0002124792 | Halsey starts the weekend early at Poppy - set number BGUS_1276262 - 10 images. [Group registration of published photographs. 10 photographs. 2018-06-29 to 2018-06-29] | Gustavo Munoz; Domicile: United States. Authorship: photographs. |
| VA0002124797 | *PREMIUM-EXCLUSIVE* Taylor Swift sans 4th of July party for snorkeling in Turks and Caicos with sweetheart Joe Alwyn **NO NY PAPERS** **MUST CALL FOR PRICING** - set number BGUS_1280087 - 53 images. [Group registration of published photographs. 53 photographs. 2018-07-05 to 2018-07-05] | Stuart Browning; Domicile: United States. Authorship: photographs. |

*BACKGRID USA, INC. v. IHEARTMEDIA, INC.*

## ATTACHMENT TO REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT

| Copyright Registration No. | Title of Work | Author or Work |
|---|---|---|
| VA0002125113 | *EXCLUSIVE* Amber Rose out with her new beau Monte Morris! **WEB MUST CALL FOR PRICING** - set number BGUS_1289515 - 36 images. [Group registration of published photographs. 36 photographs. 2018-07-17 to 2018-07-17] | Luis Mejicano; Domicile: United States. Authorship: photographs. |
| VA0002125115 | *PREMIUM-EXCLUSIVE* Tom Brady and Gisele Bundchen are all loved up while enjoying a beach day with the kids - set number BGUS_1288905 - 54 images. [Group registration of published photographs. 54 photographs. 2018-07-17 to 2018-07-17] | Carlos Ruano; Domicile: United States. Authorship: photographs. |
| VA0002127152 | *EXCLUSIVE* Chris Pratt and Katherine Schwarzenegger cruise the streets on Bird before dinner with her family **WEB MUST CALL FOR PRICING** - set number BGUS_1305584 - 94 images. [Group registration of published photographs. 94 photographs. 2018-08-06 to 2018-08-06] | Daniel Poersch; Domicile: United States. Authorship: photographs. |
| VA0002127157 | *EXCLUSIVE* Hilary Duff and Matthew Koma enjoy a romantic walk on the beach in Malibu **WEB MUST CALL FOR PRICING** - set number BGUS_1310318 - 59 images. [Group registration of published photographs. 59 photographs. 2018-08-15 to 2018-08-15] | Leonardo Dobner; Domicile: United States. Authorship: photographs. |

*BACKGRID USA, INC. v. IHEARTMEDIA, INC.*

**ATTACHMENT TO REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT**

| Copyright Registration No. | Title of Work | Author or Work |
|---|---|---|
| VA0002127614 | *EXCLUSIVE* Iggy Azalea and Playboi Carti leave a romantic dinner date at Mastro's Steakhouse - set number BGUS_1336955 - 60 images. [Group registration of published photographs. 60 photographs. 2018-09-15 to 2018-09-15] | Roberto Maciel; Domicile: United States. Authorship: photographs. |
| VA0002135621 | *EXCLUSIVE* Joe Jonas and Sophie Turner get creative with their costumes at Kate Hudson's party - set number BGUS_1384337 - subset RMCL - 28 images. [Group registration of published photographs. 28 photographs. 2018-10-28 to 2018-10-28] | Roberto Maciel; Domicile: United States. Authorship: photographs. |
| VA0002143940 | *PREMIUM-EXCLUSIVE* Jennifer Lopez and Alex Rodriguez soak up the sun in the Bahamas after getting engaged and rumors of cheating surface - set number BGUS_1513633 - 31 images. [Group registration of published photographs. 31 photographs. 2019-03-12 to 2019-03-12] | Carlos Marques; Domicile: United States. Authorship: photographs. |
| VA0002143944 | *EXCLUSIVE* Will Smith and Martin Lawrence ride a tandem motorcycle filming scene for 'Bad Boys for Life' - set number BGUS_1522188 - 7 images. [Group registration of published photographs. 7 photographs. 2019-03-20 to 2019-03-20] | August Heim; Domicile: United States. Authorship: photographs. |

*BACKGRID USA, INC. v. IHEARTMEDIA, INC.*

ATTACHMENT TO REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT

| Copyright Registration No. | Title of Work | Author or Work |
|---|---|---|
| VA0002143947 | *EXCLUSIVE* The reclusive Blanket Jackson hangs out with his cousins before the holidays - set number BGUS_1442029 - 33 images. [Group registration of published photographs. 33 photographs. 2018-12-23 to 2018-12-23] | Mike Kamara; Domicile: United States. Authorship: photographs. |
| VA0002146401 | *PREMIUM-EXCLUSIVE* Is Joanna Gaines remodeling Jennifer Lopez new house in Malibu? - set number BGUS_1504621 - 79 images. [Group registration of published photographs. 79 photographs. 2019-03-04 to 2019-03-04] | : Leonardo Dobner; Domicile: United States. Authorship: photographs. |
| VA0002146818 | *EXCLUSIVE* Jennifer Lopez and Alex Rodriguez start off the new year with a trip to the gym in Venice Beach - set number BGUS_1445682 - 35 images. [Group registration of published photographs. 35 photographs. 2019-01-01 to 2019-01-01] | Daniel Poersch; Domicile: United States. Authorship: photographs. |
| VA0002147752 | *EXCLUSIVE* John Legend gets photobombed by 'Fiji Water Girl' while grocery shopping - set number BGUS_1454016 - 13 images. [Group registration of published photographs. 13 photographs. 2019-01-10 to 2019-01-10] | Jose Lazo; Domicile: United States. Authorship: photographs. |

*BACKGRID USA, INC. v. IHEARTMEDIA, INC.*

**ATTACHMENT TO REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT**

| Copyright Registration No. | Title of Work | Author or Work |
|---|---|---|
| VA0002148053 | *PREMIUM-EXCLUSIVE* Chris Pratt and Katherine Schwarzenegger heat things up with a romantic beachside vacation - set number BGUS_1446315 - 89 images. [Group registration of published photographs. 89 photographs. 2019-01-04 to 2019-01-04] | Mario Diaz; Domicile: Mexico. Authorship: photographs. |
| VA0002148464 | *EXCLUSIVE* Kelly Ripa shows off her rock hard bikini body in Mexico - set number BGUS_1469350 - 53 images. [Group registration of published photographs. 53 photographs. 2019-01-28 to 2019-01-28] | Mario Diaz; Domicile: Mexico. Authorship: photographs. |
| VA0002148470 | Pete Davidson and Kate Beckinsale show confirmation of dating rumors while out in Los Angeles - set number BGUS_1475018 - 4 images. [Group registration of published photographs. 4 photographs. 2019-02-02 to 2019-02-02] | Roger Figueroa; Domicile: United States. Authorship: photographs. |
| VA0002148473 | *PREMIUM-EXCLUSIVE* Robert Kraft, Tom Brady, and Gisele Bundchen arrive in Boston on Kraft's private jet **WEB EMBARGO UNTIL 11AM PST ON 02/26/19** - set number BGUS_1498849 - 52 images. [Group registration of published photographs. 52 photographs. 2019-02-25 to 2019-02-25] | Ryan Miner; Domicile: United States. Authorship: photographs. |

*BACKGRID USA, INC. v. IHEARTMEDIA, INC.*

**ATTACHMENT TO REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT**

| Copyright Registration No. | Title of Work | Author or Work |
|---|---|---|
| VA0002148477 | *PREMIUM-EXCLUSIVE* What Ariana Grande wants, Ariana gets? **WEB EMBARGO UNTIL 9AM PST ON 03/01/19** - set number BGUS_1502449 - 21 images. [Group registration of published photographs. 21 photographs. 2019-02-28 to 2019-02-28] | Julian White; Domicile: United States. Authorship: photographs. |
| VA0002148608 | Kate Beckinsale and Pete Davidson have dinner at Nobu - set number BGUS_1522159 – 17 images. [Group registration of published photographs. 17 photographs. 2019-03-19 to 2019-03-19] | Julio Toledo; Domicile: United States. Authorship: photographs. |
| VA0002149125 | *EXCLUSIVE* Will Smith and Martin Lawrence are spotted shooting "Bad Boys" followup 24 years after first hit film was released - set number BGUS_1456765 - 27 images. [Group registration of published photographs. 27 photographs. 2019-01-15 to 2019-01-15] | August Heim; Domicile: United States. Authorship: photographs. |
| VA0002150365 | *EXCLUSIVE* Kanye West debuts his fresh hairstyle! - set number BGUS_1467212 – 15 images. [Group registration of published photographs. 15 photographs. 2019-01-25 to 2019-01-25] | Hakop Arshakyan; Domicile: United States. Authorship: photographs. |

*BACKGRID USA, INC. v. IHEARTMEDIA, INC.*

## ATTACHMENT TO REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT

| Copyright Registration No. | Title of Work | Author or Work |
|---|---|---|
| VA0002152208 | *EXCLUSIVE* Niall Horan cuddles up to a mystery girl while enjoying a night out with friends - set number BGUS_1501419 - 10 images. [Group registration of published photographs. 10 photographs. 2019-02-27 to 2019-02-27] | Roger Figueroa; Domicile: United States. Authorship: photographs. |
| VA0002155459 | *PREMIUM-EXCLUSIVE* Britney Spears is seen leaving The Montage hotel in Beverly Hills after a day of indulgences - set number BGUS_1555859 - subset SGGS - 33 images. [Group registration of published photographs. 33 photographs. 2019-04-22 to 2019-04-22] | Steve Ginsburg; Domicile: United States. Authorship: photographs |
| VA0002155463 | Jennifer Lopez and Alex Rodriguez arrive at Opa-locka airport in Florida - set number BGUS_1515115 - 34 images. [Group registration of published photographs. 34 photographs. 2019-03-12 to 2019-03-12] | Victor Eras; Domicile: United States. Authorship: photographs. |
| VA0002155661 | *EXCLUSIVE* Kate Beckinsale and Pete Davidson Hold Hands Leaving The Motley Crue Show at The Whiskey A Go Go – set number BGUS_1521094 - subset ALIN - 31 images. [Group registration of published photographs. 31 photographs. 2019-03-19 to 2019-03-19] | Brian Lindensmith; Domicile: United States. Authorship: photographs. |

*BACKGRID USA, INC. v. IHEARTMEDIA, INC.*

## ATTACHMENT TO REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT

| Copyright Registration No. | Title of Work | Author or Work |
|---|---|---|
| VA0002156158 | Justin Bieber and Hailey Baldwin get some fresh air and sunshine in Laguna Beach – set number BGUS_1519172 - 47 images. [Group registration of published photographs. 47 photographs. 2019-03-16 to 2019-03-16] | Maximillano Lopes Jr.; Domicile: United States. Authorship: photographs. |
| VA0002159823 | Jenna Johnson and Val Chmerkovskiy getting married with an ocean view - set number BGUS_1548886 - subset CLTN - 20 images. [Group registration of published photographs. 20 photographs. 2019-04-13 to 2019-04-13] | Clint Brewer; Domicile: United States. Authorship: photographs. |
| VA0002164909 | *EXCLUSIVE* Kit Harington spotted out in Connecticut with a female companion **WEB MUST CALL FOR PRICING** - set number BGUS_1608042 - 16 images. [Group registration of published photographs. 16 photographs. 2019-05-31 to 2019-05-31] | Wagner Azevedo; Domicile: United States. Authorship: photographs. |
| VA0002164929 | *EXCLUSIVE* A naked man decides to sunbathe in front of Alessandra Ambrosio's beach house - set number BGUS_1606737 - 14 images. [Group registration of published photographs. 14 photographs. 2019-05-30 to 2019-05-30] | Silvio Antonio; Domicile: United States. Authorship: photographs. |

*BACKGRID USA, INC. v. IHEARTMEDIA, INC.*

## ATTACHMENT TO REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT

| Copyright Registration No. | Title of Work | Author or Work |
|---|---|---|
| VA0002164942 | *PREMIUM-EXCLUSIVE* Ric Flair has just been discharged from the hospital after 7 days of treatment **WEB EMBARGO UNTIL 12PM PST TODAY** - set number BGUS_1598705 - 11 images. [Group registration of published photographs. 11 photographs. 2019-05-22 to 2019-05-22] | August Heim; Domicile: United States. Authorship: photographs. |
| VA0002166354 | *PREMIUM-EXCLUSIVE* Courteney Cox celebrates her 55th Birthday in Cabo with friends! - set number BGUS_1629671 - 50 images. [Group registration of published photographs. 50 photographs. 2019-06-19 to 2019-06-19] | Mario Diaz; Domicile: Mexico. Authorship: photographs. |
| VA0002166361 | *EXCLUSIVE* Camila Cabello and Matthew Hussey go hand in hand in Hollywood – set number BGUS_1587782 - 18 images. [Group registration of published photographs. 18 photographs. 2019-05-13 to 2019-05-13] | Ryan Fuertes; Domicile: United States. Authorship: photographs. |
| VA0002166364 | *EXCLUSIVE* Josh Duhamel has a Memorial Day lunch with a beautiful brunette **WEB MUST CALL FOR PRICING** - set number BGUS_1603722 - 50 images. [Group registration of published photographs. 50 photographs. 2019-05-28 to 2019-05-28] | Adriano Camolese; Domicile: United States. Authorship: photographs. |

*BACKGRID USA, INC. v. IHEARTMEDIA, INC.*

**ATTACHMENT TO REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT**

| Copyright Registration No. | Title of Work | Author or Work |
|---|---|---|
| VA0002171915 | *EXCLUSIVE* Ric Flair throws 'em back in Auburn with his family after recent health scare - set number BGUS_1634416 - 3 images. [Group registration of published photographs. 3 photographs. 2019-06-24 to 2019-06-24] | August Heim; Domicile: United States. Authorship: photographs. |
| VA0002174227 | *EXCLUSIVE* Chris Pratt lunches with new bride Katherine Schwarzenegger! – set number BGUS_1655546 - 28 images. [Group registration of published photographs. 28 photographs. 2019-07-14 to 2019-07-14] | Wallace Goodwin; Domicile: United States. Authorship: photographs. |
| VA0002176066 | *EXCLUSIVE* Olivia Culpo Hold Hands In Mexico With Panthers Running Back Christian McCaffrey **WEB MUST CALL FOR PRICING** - set number BGUS_1649801 - 50 images. [Group registration of published photographs. 50 photographs. 2019-07-09 to 2019-07-09] | Christian McCaffrey **WEB MUST CALL FOR PRICING** - set number BGUS_1649801 - 50 images. [Group registration of published photographs. 50 photographs. 2019-07-09 to 2019-07-09] |
| VA0002177397 | *PREMIUM-EXCLUSIVE* A-Rod pulls a fast one for his Fiance J-Lo's 50th Birthday! Gifts Jennifer a blazing HOT Porsche! - set number BGUS_1665854 - subset CAMA - 47 images. [Group registration of published photographs. 47 photographs. 2019-07-24 to 2019-07-24] | Carlos Marques; Domicile: United States. Authorship: photographs. |

*BACKGRID USA, INC. v. IHEARTMEDIA, INC.*

## ATTACHMENT TO REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT

| Copyright Registration No. | Title of Work | Author or Work |
|---|---|---|
| VA0002178682 | *EXCLUSIVE* Hailey Bieber arrives under a giant tent ahead of her wedding - ** WEB MUST CALL FOR PRICING ** - set number BGUS_1737581 - 6 images. [Group registration of published photographs. 6 photographs. 2019-10-01 to 2019-10-01] | August Heim; Domicile: United States. Authorship: photographs. |