JAMES ROSENFELD (*pro hac vice* pending)
 jamesrosenfeld@dwt.com
DAVIS WRIGHT TREMAINE LLP
1291 Avenue of the Americas, 21st Floor
New York, New York 10020
Telephone: (212) 489-8230
Fax: (212) 489-8340

SELINA MACLAREN (State Bar No. 300001)
 selinamaclaren@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendant
IHEARTMEDIA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BACKGRID USA, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>IHEARTMEDIA, INC., a Delaware corporation; and DOES 1-10 inclusive,<br><br>Defendants. | Case No. 2:19-cv-10370<br>[Assigned to the Hon. Percy Anderson]<br><br>**DEFENDANT IHEARTMEDIA, INC.'S CORPORATE DISCLOSURE STATEMENT**<br><br>(Fed. R. Civ. P. 7.1)<br><br>Action Filed: December 6, 2019 |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for iHeartMedia, Inc. (a public non-governmental party) certifies the following: iHeartMedia, Inc. has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

DATED: February 7, 2020

DAVIS WRIGHT TREMAINE LLP
JAMES ROSENFELD
SELINA MACLAREN

By: */s/ Selina MacLaren*
Selina MacLaren

Attorneys for Defendant
IHEARTMEDIA, INC.

1
DEFENDANT'S CORPORATE DISCLOSURE STATEMENT
4830-7595-3076v.1 0104727-000011